**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**1215 LITTLE CREEK ROAD, Chester,
Maryland 21619, with all buildings,
appurtenances, and improvements
thereon, Defendant,**

v.

**Lamont Vincent Pollard, Claimant—
Appellant.**

**No. 06–1813.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 15, 2007.

Decided: Feb. 20, 2007.

Lamont Vincent Pollard, Appellant Pro
Se. Richard Charles Kay, Office of the
United States Attorney, Baltimore, Mary-
land, for Appellee.

Before NIEMEYER, KING, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Lamont Vincent Pollard appeals the dis-
trict court's order granting the Govern-
ment's motion for summary judgment,
finding certain real property subject to
forfeiture, and the court's order denying
Pollard's motion to stay and to alter/amend

judgment. We have reviewed the record
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. *United States v. Pollard,*
No. 1:05–cv–01531–CCB (D. Md. Feb. 28,
2006; June 26, 2006). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*